**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DERREON L. BAKER,

       Plaintiff,

                                Civil Case Number: 06-12530

v.

                                JUDGE PAUL D. BORMAN

COMMISSIONER OF SOCIAL SECURITY    MAG. JUDGE VIRGINIA MORGAN
                                UNITED STATES DISTRICT COURT

       Defendant.
_____ /

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION IN FAVOR OF:
(1) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; AND
(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DOCK. NO. 8)**

      Before the Court is Magistrate Judge Morgan's Report and Recommendation in favor of: (1) granting Defendant's Motion for Summary Judgment; and (2) denying Plaintiff's Motion for Summary Judgment.  No objections to the Report and Recommendation were filed by the parties. Having reviewed that Report and Recommendation, the Court enters as its findings and conclusions the Report and Recommendation: (1) GRANTING Defendant's Motion for Summary Judgment; and (2) DENYING Plaintiff's Motion for Summary Judgment.

      **SO ORDERED.**

                                       s/Paul D. Borman
                                       PAUL D. BORMAN
                                       UNITED STATES DISTRICT JUDGE

Dated:  February 28, 2007

CERTIFICATE OF SERVICE

1

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 28, 2007.

                                                       s/Denise Goodine
                                                      Case Manager